UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | No. 2:17-cv-0169 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DAVEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 4.)

On March 23, 2017, the undersigned denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the filing fee within thirty days. (ECF No. 6.) The undersigned advised plaintiff that failure to pay the filing fee would result in dismissal of this action. (Id.) Thirty days passed and plaintiff did not pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: May 4, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hen169.dis

1